DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone:    (949) 888-1014
Facsimile:    (949) 766-9896

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>MCGRUDER, NATALIE<br><br><br><br><br>Debtor(s) | Case No.: 2:11-11103-BB<br><br>11111032<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: CARL A LUX
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was **RESCHEDULED** to **03/01/11** at **12:00 PM** at Room 103, United States Trustee Office, 725 S. Figueroa Street, Los Angeles, CA 90017.

☒ Please note the change in time and or date of your scheduled meeting of creditors.

NATALIE MCGRUDER
735 E 56TH ST
LOS ANGELES, CA 90011

CARL A LUX
CARL LUX
4449 EASTON WAY 2ND FLOOR
COLUMBUS, OH 37934

Dated:    February 9, 2011                /s/ David L. Hahn
                                                      DAVID L. HAHN, TRUSTEE

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on February 9, 2011.

                                                        /s/ Shelly Hahn
                                                        Shelly Hahn