David L. Hahn
Chapter 7 Trustee
Hahn Fife & Co. LLP
22342 Avenida Empresa, Ste. 260
Rancho Santa Margarita, CA 92688
Telephone  (949) 888-1014
Facsimile  (949) 766-9896

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. **2:11-11103** |
| MCGRUDER, NATALIE | Chapter 7 |
| Debtor(s). | **WITHDRAWAL OF REPORT OF TRUSTEE IN CHAPTER 7 NO ASSET CASE** |
| | [No Hearing Required] |

TO THE OFFICE OF THE UNITED STATES TRUSTEE AND THE OFFICE OF THE BANKRUPTCY CLERK:

1.  David L. Hahn, the duly appointed, qualified and acting Chapter 7 Trustee for the above-captioned bankruptcy estate, hereby notifies the Office of the Bankruptcy Clerk and the Office of the United States Trustee that he believes he may have discovered a potential asset of this estate.

2.  The Trustee has inadvertently filed a Report of Trustee in Chapter 7 No Asset Case on March 3, 2011.

3.  The Trustee requests that both the Office of the Bankruptcy Clerk and the Office of the United States Trustee treat as withdrawn from their records such Report as previously filed.

DATED:

_____
David L. Hahn, Chapter Trustee

1